REDACTED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>BRADLEY M. COX<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:18MJ -122 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 27, 2018 - April 9, 2018  in the county of  Grant  in the  Northern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | did use materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer did employ, use, persuade, induce, entice, or coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, including by computer, and such visual depiction was so transmitted or transported using any means or facility of interstate or foreign commerce, including by computer. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

/s/ Jason A. Stewart
*Complainant's signature*

FBI Special Agent Jason A. Stewart
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  09/07/2018

S/Paul R. Cherry
*Judge's signature*

City and state:  Fort Wayne, Indiana     Paul R. Cherry, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Comes now your Affiant, Special Agent Jason A. Stewart of the Federal Bureau of Investigation (FBI), first being duly sworn, now deposes and says:

Your Affiant is an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of 18 U.S.C. § 3052 and to conduct search warrants and seizures within the meaning of 18 U.S.C. §3107 for offenses in which the United States Government is a party of interest.

Your Affiant is a duly appointed Special Agent, employed by the United States Department of Justice, FBI. Your Affiant has been a Special Agent with the FBI since May of 2017. Your Affiant is currently assigned to the Fort Wayne Resident Agency, Indianapolis Division, of the FBI. Prior to serving with the FBI, your Affiant was a police officer with the Knoxville Police Department in Knoxville, Tennessee for two years, and an officer in the United States Army for eight years. Your Affiant has received formal training in investigations at the Knoxville Police Academy in Knoxville, Tennessee, and the FBI Academy in Quantico, Virginia. Your Affiant has also received training in computer network security, including hacking, network defense, and network infrastructure. As an FBI Special Agent, your Affiant has led and/or participated in multiple investigations involving violent crime, bank robbery, Transitional Criminal Organizations, and Violent Crimes against Children

1

(VCAC), including the production, distribution, and possession of child pornography, and extortion. Throughout those investigations, your Affiant has become familiar with the usage of computers and online communication to conduct criminal activity. Your Affiant has also become aware that information stored by online communication companies on behalf of their subscribers and users can assist law enforcement in criminal investigations.

Your Affiant has been personally involved in the investigation discussed in this affidavit. In addition to personal knowledge, the statements contained in this affidavit are based in part upon information provided verbally and in written reports by other law enforcement personnel, information gathered during the utilization of various investigative techniques, records maintained by the National Crime Information Center (NCIC) and the Indiana Bureau of Motor Vehicles (BMV), your Affiant's training and experience, and the training and experience of other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant against BRADLEY M. COX, your Affiant has not included each and every fact known concerning this investigation. Your Affiant has set forth only the facts that are necessary to establish probable cause.

## REQUESTED WARRANT

This affidavit is submitted for the purpose of establishing probable cause for the arrest of BRADLEY M. COX for violation of 18 U.S.C. § 2251(a) relating to the sexual exploitation of a child. Title 18 U.S.C. § 2251(a) provides:

> Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

## INVESTIGATION BACKGROUND

In December 2017, the Fulton County, Indiana Sheriff's Department (FCSD), Rochester, Indiana Police Department (RPD), and Peru, Indiana Police Department (PPD) began receiving complaints of an unknown subject extorting or attempting to extort multiple victims through an online scheme. Victims relayed to law enforcement that they had been contacted by an

3

unknown subject through Facebook's messaging service and/or by telephone. The unknown subject told victims that he had obtained nude images and/or videos of the victims. The unknown subject then provided some or all of the images and/or videos he had obtained as proof that he possessed them. The unknown subject then threatened to distribute the victims' nude images and/or videos if the victims did not send the unknown subject additional nude images and/or videos. In at least one instance, when a victim refused to provide the unknown subject with additional sexually explicit material, the unknown subject carried out his threat by posting sexually explicit photos of the victim to a public website without the victim's consent. Some of the victims of this "sextortion" scheme were juveniles and some were adults. In May 2018, at the request of the PPD Detective, the FBI began assisting the above-mentioned law enforcement agencies in their investigation of the above-mentioned scheme. During the course of the investigation, your Affiant identified BRADLEY M. COX (hereinafter COX) as the subject of the investigation.

## INVESTIGATION

Narrative of the Offense

On or about December 4, 2017, Q.S.[1], then a juvenile who was born in 2000, realized that his/her personal Facebook[2] account had been accessed by an unknown subject (later determined to be COX) when s/he found pictures and communications in the account that s/he did not personally send or receive. On the same day, Q.S. was contacted by COX via telephone number XXX-XXX-3428 (hereinafter TELEPHONE 1). Via text messages sent from TELEPHONE 1 to Q.S. on December 4, 2017, COX threatened to release nude images of Q.S.'s friend and at least one other juvenile female. Q.S. did not respond to COX's threats, and attempted to deactivate his/her compromised Facebook account. COX was nevertheless able to maintain access to the Q.S. Facebook account.

From approximately February 2018 to April 2018, COX posed as Q.S. and used the Q.S. Facebook account to establish a relationship with A.R.[3], a then 15-16 year old juvenile who was born in 2002. From February through

---

[1] The true identity of Q.S. is known to law enforcement. Q.S. was interviewed during the course of the investigation. For the purposes of this criminal complaint, your Affiant will refer to him/her only by the initials, Q.S.

[2] Facebook is a social networking website and application on which users may post a profile of information about themselves. Facebook profiles may be either public or private. Facebook has an instant messaging application which allows users to transmit and receive messages, photos, videos, and other content via a computer, smartphone or tablet connected to Wi-Fi or a cellular data plan.

[3] The true identity of A.R. is known to law enforcement. A.R. was interviewed during the course of this investigation. For the purposes of this criminal complaint, your Affiant will refer to her only by her initials, A.R.

5

April 2018, A.R. resided in Marion, Grant County, Indiana and attended high school.

On February 27, 2018, COX, posing as Q.S. and using the Q.S. Facebook account to communicate, told A.R. that he wanted her to "send me some pics asap please at least." A couple of hours later, A.R. sent COX an image of her bare breasts. COX told A.R. to "keep going lol I wanna suck them titties I bet they are super sensitive right now." COX then messaged, "send moooore." Approximately one minute later, A.R. sent another image of one bare breast. COX responded, "let daddy see that pussy [right now]."

On March 5, 2018, COX, posing at Q.S. and using the Q.S. Facebook account, messaged A.R. and said, "daddy wants pics so send me some now gorgeous princess." Three minutes later, COX sent "wheres daddys pics [I know] you don't want a spanking for disobeying." Approximately an hour later, COX sent "sooo no new videos me? lol." A.R. told COX that she did not have videos yet but that she had "hickies" on her breasts. COX then sent "lol but your boobs big a[s] [expletive] and i wanna see them too anyways." Approximately twenty seconds later, A.R. sent an image of her bare breast with a circle drawn around a hickey next to her bare nipple. COX then sent "that is tiny a[s] [expletive])," and "shit id be putting hickies one very inch of your body." When A.R. told COX she was studying, COX sent "lol ugh school still calls even if youre pregnant and sexy huh."

6

A few hours later, also on March 5, 2018, COX, still posing as Q.S. and using the Q.S. Facebook account, sent a message to A.R. saying, "You should have [deleted] over as an excuse for him to see you and talk about the baby, then suck his dick on video for me since its small and wont hurt your jaw like [deleted] or mine would." COX then sent "is that a no on the [deleted] video lol," and A.R. replied, "[I don't know]."

On March 9, 2018, COX, still posing as Q.S. and using the Q.S. Facebook account, sent a message to A.R. saying "i dont wanna come off as mean but as much as I love the sexy pics been sending me here and there i really want you to get me a video of you with somebody soon. like by monday. Ok? [I don't care] who it is. I love you. <3." A.R. then sent "[I don't know]."

On March 12, 2018, COX, still posing as Q.S. and using the Q.S. Facebook account, sent "so. you and [deleted] made vids? just one or how many? and when do i get them." A.R. sent "You will get them soon and you already know who I made them for," to which COX replied "lol [I know] you made them for me". A.R. sent two Google photo hyperlinks to COX. Approximately two hours later, COX sent a message to A.R. saying "that [expletive] video sucked lol sorry but it was black half the video." COX also said "bj was awesome tho." Your Affiant believes "bj" is shorthand for "blow job," meaning fellatio. A.R. sent, "thanks babe," to which COX replied, "hehe would have loved to see him

7

cum in your mouth or on your face but geez were you in the garage or something all dressed and shit."

On March 15, 2018, COX, still posing as Q.S. and using the Q.S. Facebook account, sent A.R. a message saying, "and if [deleted] comes over tonight have him either remake the [expletive] video with you or you can try to do the bj video where he cums on your face."

On March 20, 2018, COX, still posing as Q.S. and using the Q.S. Facebook account, received an image from A.R. which showed her face and in which she was wearing a tank top. COX then asked A.R. for additional images, including her "full body," "and booty," "and pull them boobies out." One minute later, A.R. sent COX an image of her bare breasts. The tank top visible in the image with her face was the same as the tank top visible in the image of her bare breasts.

On March 27, 2018, A.R. sent an image to COX of her bare breasts and another image of her bare buttocks. COX, still posing as Q.S. and using the Q.S. Facebook account, sent a message to A.R. saying "sexy lol but that second one you can barely see your tummy it doesnt even look like youre pregnant."

On April 2, 2018, COX, still posing as Q.S. and using the Q.S. Facebook account, sent a message to A.R. saying "did you get anything for me babygirl? vids? if not send nudes." A.R. replied, "…umm I'll send some nudes [later]." Approximately six hours later, A.R. sent an image to COX of her bare breasts.

8

On April 9, 2018, A.R. sent four images to COX, who was still posing as Q.S. and using the Q.S. Facebook account. The first image A.R. sent was an image of her bare breasts. The second image was an image taken from the side angle showing one of A.R.'s bare breasts and pregnant belly. The third image is a reflection of A.R. in a mirror, showing A.R.'s bare breasts, and A.R. cupping her pregnant belly. The fourth image is of A.R.'s bare vagina, with her pregnant belly visible.

On July 18, 2018, A.R. was interviewed in the presence of her mother. A.R. told your Affiant that she thought that she had been communicating with Q.S. over the last six to eight months. A.R. told your Affiant that she began sending photos to the person she believed to be Q.S. after he told A.R. that he had nude images of her and would distribute the images of her if she did not send him additional nude images. A.R. told your Affiant that the person she believed to be Q.S. asked A.R. to send images of herself in specific poses; such as a picture of her bending over, a picture of her sticking her finger inside of her vagina, a picture of her exposed breasts, and a picture of her exposed anus, among other requests. A.R. stated that she sent several nude images to the person she believed to be Q.S., and every nude image she sent was produced at his direction. A.R. told your Affiant that the images and videos she took at request of the person she believed to be Q.S. were produced at her residence in Grant County, Indiana, in the Northern District of Indiana.

A.R. communicated with and sent nude and/or explicit photographs and videos to COX (whom she believed to be Q.S.) over Facebook messenger and text message. Your Affiant is aware that all communications taking place through Facebook messenger take place by and through use of the Internet.

Your Affiant has become familiar with the Internet, which is a global network of computers and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (e.g., copper and fiber optic cable), and wireless transmissions including satellite. Due to the structure of the Internet, connections between computers on the Internet routinely cross state and international borders, even when the computers communicating with each other are in the same state. Your Affiant asserts that the Internet is a "means or facility of interstate or foreign commerce." Additionally, communications sent and received through Facebook messenger pass through Facebook's servers which are not located in the state of Indiana.[4] The photos and videos which A.R. took and transmitted at COX's request were produced using a Macbook Air laptop, which was manufactured outside the state of Indiana, and contained components which traveled in interstate or foreign commerce.

---

[4] As of August 2018, Facebook's servers are located in New Mexico, Nebraska, Oregon, Georgia, North Carolina, Virginia, Iowa, Utah, Alabama, Texas, Ohio, Iceland, Sweden, and Denmark.

10

Identification of COX

RPD Detective Matthew Campbell served a search warrant to Facebook on Q.S.'s Facebook account, which included the content of the account's Facebook messages and IP address logs from approximately December 1, 2017, to April 12, 2018. Investigators were able to examine the content of hundreds of Facebook messages sent and received from COX while he posed as Q.S. and used Q.S.'s Facebook account.

The IP address used to log in to Q.S.'s Facebook account during the conversations with A.R. on February 27, March 5, March 9, March 12, March 15, March 20, and April 2, 2018 was 198.7.58.98. Your Affiant subpoenaed the internet service provider for IP address 198.7.58.83, which returned to a Virtual Private Network (VPN)[5] provider called Anonymox based in Germany. Based on your Affiant's experience and the experience of other investigators, criminals often use VPN services to attempt to anonymize their activities on the Internet. This is common for criminals who are attempting to limit their "digital footprint" while they conduct illegal activities.

Your Affiant subpoenaed Pinger for the subscriber information and IP logs for TELEPHONE 1, the telephone number by which Q.S. had been

---

[5] A Virtual Private Network (VPN) provides a user with an encrypted connection between the user's computer and the websites the user visits while utilizing the VPN. The user connects to the VPN provider and thereafter the VPN provider uses dedicated connections, virtual tunneling protocols, and/or traffic encryption; generally masking the user's browsing, communication, and location data.

11

contacted by the unknown subject who had taken over his Facebook account. Pinger provides cross-platform text messaging and Voice over Internet Protocol (VoIP) telephone calls[6] using standard 10 digit telephone numbers that have a local area code requested by the account user. The username associated with TELEPHONE 1 was "shlaw123", and the email address associated with the account was shlaw.neagency@gmail.com. IP address logs for the account showed several logins from IP addresses 50.127.38.60, 184.16.220.75, 184.16.188.218, 184.16.112.172, and 184.16.175.159, from February 2018 to July 2018. Two additional IP addresses used to access TELEPHONE 1 were also used to access the Q.S. Facebook account. Subpoena results for the IP addresses listed above showed they were assigned to a construction company in Macy, Indiana, at the time they were being used to access Pinger.

On August 22, 2018, your Affiant and FBI SA Joseph Gass interviewed the owner of the construction company in Macy, Indiana. The owner of the construction company indicated that it was a small family business and that COX was the only employee at the office who was not a member of the family. The owner of the construction company gave Agents consent to search the work

---

[6] Voice over Internet Protocol (VoIP), also called Internet telephony, is a category of hardware and software that enables people to use the Internet as the transmission medium for telephone calls by sending voice data in packets using IP rather than by traditional circuit transmissions of the public switched telephone network (PSTN).

desktop computer in COX's office. During that search, Agents located messages from Anonymox in COX's web browser history warning COX about "Traffic Overusage." The company owner told Agents that there was no work-related reason why COX would need to access a VPN like Anonymox from his work computer. The company owner gave consent for Agents to examine COX's work computer using the FBI Computer Analysis Response Team (CART).

On August 22, 2018, your Affiant and SA Joseph Gass interviewed COX at his residence. COX admitted to using Anonymox VPN to hide his IP address. COX told Agents he also used private tabs in his Internet browser in an attempt to limit his digital footprint. COX admitted to Agents that he used Pinger and Text Now to communicate with victims via text message. COX told Agents he was unable to use his VPN while using Pinger. COX identified TELEPHONE 1 as his Pinger account telephone number through which he communicated with victims.

COX admitted to Agents that he gained access to various Facebook accounts by recreating the Facebook user's dormant email account that was tied to the Facebook account. This allowed COX to get access to the Facebook account and change the password to lock the legitimate user out of the account. COX could also choose to "ghost" the account, allowing COX access to the Facebook account while the legitimate user was still controlling the account. Using this method, COX would be able to see everything the legitimate user

was doing on their Facebook account without the legitimate user knowing that COX was watching.

COX admitted that he used the same method of recreating a dormant email account to get access to the Q.S. Facebook account. COX admitted to having a relationship with A.R. using the Q.S. Facebook account, and admitted to Agents that he knew A.R. was 15 years old and pregnant. COX told Agents that he "put himself in character" when controlling the different Facebook accounts.

COX referred to himself as a "collector" who "liked to look at women". COX told Agents he never asked for money from his victims because it was "too traceable," so he only asked for additional nude images and videos. COX admitted to posting some of the nude images he had obtained to a public website.

COX admitted to Agents that he had a Mega Ltd. or "Mega" account. Mega provides cloud storage secured through end-to-end encryption. On August 23, 2018, your Affiant, along with RPD Detective Campbell, re-interviewed COX at his place of work. COX told Investigators he possessed nude images of victims, including at least one minor victim, stored on his Mega account. COX voluntarily logged into his Mega account in front of Investigators. In plain view on the computer monitor, your Affiant observed a list of folders with different male and female names as titles. One of the folders

that was visible to your Affiant was labeled with A.R.'s first name. Throughout the investigation, your Affiant has learned that COX organized the nude images and videos he collected of his victims by first and last name, as well as their geographic location.

During his interview with Agents on August 23, 2018, COX admitted to being in control of the Q.S. Facebook account when he sent a message to another Facebook user on February 28, 2018, saying:

> *"Since you like hs girls. I got this 15 year old pregnant chick on the "payroll" aka she sends me stuff on the regular, including a suck and [expletive] vid of her and her bf."*

Your Affiant believes COX was referring to A.R. when he sent that message. COX admitted to maintaining contact with A.R. until approximately two months ago when A.R. cut off communication with him. COX admitted to receiving nude images from A.R. on at least two Facebook accounts, up until the time when she cut off communication.

The examination of COX's work desktop computer revealed a page file where COX kept a list of usernames, passwords, and other notes to himself[7]. The file included usernames and passwords for victims discussed above, including A.R. and Q.S., as well as other victims who have been identified throughout this investigation. The search also revealed message logs for

---

[7] Microsoft Windows uses a paging file, called pagefile.sys, to store frames of memory that do not fit into physical memory. This file, stored in SystemDrive\pagefile.sys is a hidden system file.

15

Pinger account "shlaw123" and TELEPHONE 1. The desktop also contained evidence of use of a Text Now account. Your Affiant believes there is no legitimate reason for COX to have a list of accounts and passwords if he was not utilizing or maintaining control over the accounts. The forensic searches of COX's work desktop and personal laptop are ongoing.

VENUE

From February through April 2018, A.R. resided in Marion, Grant County, Indiana in the Northern District of Indiana. Every picture and video that she produced at COX's direction was produced at her residence in the Northern District of Indiana. A.R. communicated with COX via computer and/or telephone while she was at her residence and sent COX the requested explicit images and videos from her residence. COX worked in Macy, Indiana in the Northern District of Indiana, and resided in Kokomo, Indiana in the Southern District of Indiana. The venue provision of the United States Code applicable in this case is found at 18 U.S.C. § 3237(a), which states:

> Except as otherwise expressly provided by enactment of Congress, any offense against the United States begun in one district and completed in another, or committed in more than one district, may be inquired of and prosecuted in any district in which such offense was begun, continued, or completed.

Your Affiant believes that the offense detailed in this complaint was begun, continued, or completed in the Northern District of Indiana, where A.R.,

16

a minor, was located when she produced sexually explicit images of herself and sent them to COX.

## CONCLUSION

Based upon the above information, your Affiant has probable cause to believe that on, about or between February 27 through April 9, 2018, in the Northern District of Indiana, BRADLEY M. COX, using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer did employ, use, persuade, induce, entice, or coerce A.R., a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, including by computer, and such visual depiction was so transmitted or transported using any means or facility of interstate or foreign commerce, including by computer. All in violation of 18 U.S.C. § 2251(a).

The foregoing facts are true to the best of your Affiant's knowledge and belief.

Further your Affiant sayeth naught.

/s/ Jason A. Stewart
Jason A. Stewart
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 7th day of September 2018.

S/Paul R. Cherry
Honorable Paul R. Cherry
Magistrate Judge
United States District Court