REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

FILED
19 FEB 27 PM 4:59

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERSEDING INDICTMENT |
| | ) | Cause No. 1:18-CR- 83 |
| v. | ) | Violations: |
| | ) | 18 U.S.C. § 875(d) |
| | ) | 18 U.S.C. § 2251(a) and (e) |
| BRADLEY M. COX | ) | 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) |

## BACKGROUND

1. Prior to or during fall 2017, BRADLEY M. COX gained access to a Facebook account that was not his own (hereinafter "Facebook Account 1"), which had been created and maintained by a person known to the Grand Jury.

2. Prior to or during fall 2017, COX, by and through Facebook Account 1, posed as the creator of Facebook Account 1 to reach out to another Facebook account (hereinafter "Facebook Account 2") which had been created and was maintained by a person known to the Grand Jury.

3. Prior to or during fall 2017, COX, by and through Facebook Account 1, shared and exchanged messages and images with the creator of Facebook Account 2. Some of the images shared were explicit in nature.

4. Prior to or during fall 2017, COX, by and through Facebook Account 1, threatened to publicly release the explicit images and/or videos sent by the creator of Facebook Account 2 unless the creator of Facebook Account 2

1

gave COX access to Facebook Account 2. The creator of Facebook Account 2 acquiesced to COX's demand and gave COX access to Facebook Account 2.

5. Prior to or during fall 2017, COX accessed Facebook Account 2 and found a cache of photos of individuals contained in the stored messages of Facebook Account 2. Some of the photos depicted nude or partially clothed individuals, and/or were explicit in nature.

6. Thereafter, COX contacted individuals whose photos were in the cache found in Facebook Account 2 and threatened to publicly release the nude, partially nude and/or explicit photos of them which he possessed unless they agreed to give him additional nude, partially nude and/or explicit photos and/or videos and/or access to their own social media accounts.

**THE GRAND JURY CHARGES:**

COUNT 1

Paragraphs 1-6 are hereby realleged and incorporated by reference.

On or about December 1, 2017, in the Northern District of Indiana,

BRADLEY M. COX,

defendant herein, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the property and reputation of a person known to the Grand Jury, herein referred to as Individual 1, to wit, a threat to share nude, partially nude and sexually explicit photos of Individual 1 with others, with intent to extort from Individual 1 things of value;

All in violation of 18 U.S.C. § 875(d).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

Paragraphs 1-6 are hereby realleged and incorporated by reference.

On or about December 1, 2017, in the Northern District of Indiana,

BRADLEY M. COX,

defendant herein, did attempt to employ, use, persuade, induce, entice, and coerce a minor, known to the Grand Jury and herein referred to as Individual 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce;

All in violation of 18 U.S.C. §§ 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

Paragraphs 1-6 are hereby realleged and incorporated by reference.

On or about December 5, 2017, in the Northern District of Indiana,

BRADLEY M. COX,

defendant herein, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the property and reputation of a person known to the Grand Jury, herein referred to as Individual 2, to wit, a threat to share nude, partially nude and sexually explicit photos of Individual 2 with others, with intent to extort from Individual 2 things of value;

All in violation of 18 U.S.C. § 875(d).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

Paragraphs 1-6 are hereby realleged and incorporated by reference.

On or about December 5, 2017, in the Northern District of Indiana,

BRADLEY M. COX,

defendant herein, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the property and reputation of a person known to the Grand Jury, herein referred to as Individual 3, to wit, a threat to share nude, partially nude and sexually explicit photos of Individual 3 with others, with intent to extort from Individual 3 things of value;

All in violation of 18 U.S.C. § 875(d).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>

From on or about February 20, 2018 through and including on or about April 9, 2018, in the Northern District of Indiana,

BRADLEY M. COX,

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor and did attempt to employ, use, persuade, induce, entice, and coerce a minor known to the Grand Jury and herein referred to as Individual 4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

All in violation of 18 U.S.C. § 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 6

On or about February 28, 2018, in the Northern District of Indiana,

BRADLEY M. COX,

defendant herein, did knowingly receive and attempt to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate or foreign commerce and that has been shipped or transported in or affecting interstate and foreign commerce by any means, including by computer;

All in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1, 3 and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Upon conviction of the extortion offenses contained in Counts 1, 3 and 4 of this Indictment, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), BRADLEY M. COX shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

The allegations contained in Counts 2, 5 and 6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Upon conviction of the child exploitation offenses alleged in Counts 2, 5 and 6 of this Indictment, pursuant to 18 U.S.C. § 2253, BRADLEY M. COX, shall forfeit to the United States any and all matter which contains any visual depiction described in 18 U.S.C. § 2251 produced, transported, shipped, or received in violation thereof; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation; and any and all property used or intended to be used in any manner

or part to commit and to promote the commission of the aforementioned violation.

A TRUE BILL

/s/ Forperson
Foreperson

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

/s/ Sarah E. Nokes

By: Sarah E. Nokes
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: sarah.nokes@usdoj.gov