UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-CR-83-HAB |
| | ) | |
| BRADLEY M. COX | ) | |

**OPINION AND ORDER**

Defendant Bradley M. Cox ("Cox") filed a Motion to Suppress (ECF No. 153) on August 24, 2020. According to Cox, Lt. Matthew Campbell, an officer with the Rochester City Police Department, filed a search warrant affidavit seeking records from Facebook, Inc. The search warrant was issued on April 11, 2018. Campbell cited four reports in the search warrant affidavit and Cox claims that he was not provided with any of them. Accordingly, Cox requested an order from the Court directing the Government to provide the records, providing the parties with the opportunity for additional briefing, and then suppressing the evidence obtained as a result of the April 11, 2018, warrant.

The Government filed its Response (ECF No. 156) on September 8, 2020. The Response challenged the factual predicate for Cox's Motion to Suppress; the Government asserts that the reports were provided to Cox on March 12, 2019. (*Id*. at 5). The time for Cox to reply has come and gone with no filing.

Cox provided the Court with no basis, legal or factual, other than the Government's failure to provide the referenced reports for suppressing the subject evidence. It now appears to be undisputed that Cox's accusation against the Government was false. Accordingly, the Motion to Suppress (ECF No. 153) is DENIED.

SO ORDERED on October 6, 2020.

                                       s/ Holly A. Brady
                                      JUDGE HOLLY A. BRADY
                                      UNITED STATES DISTRICT COURT