UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-CR-83 |
| | ) | |
| BRADLEY M. COX | ) | |

## MOTION TO ALLOW WITNESS TO TESTIFY VIA TWO-WAY VIDEO-TELECONFERENCING SYSTEM

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, through Lesley Miller Lowery and Sarah E. Nokes, Assistant United States Attorneys, to move the Court to accept the testimony of government witness Michele Ilich-Daubas via two-way video-teleconferencing system. In support thereof, the Government states as follows:

1. Michele Ilich-Daubas, the custodian of records for Facebook, Inc., has been subpoenaed to testify in this matter by the government.

2. The parties understand the Sixth Amendment's Confrontation Clause gives defendants the right "to be confronted with the witnesses against" them. U.S. Const. amend. VI. This right usually includes the "absolute right to face-to-face meeting" with testifying witnesses. *Maryland v. Craig*, 497 U.S. 836, 844 (1990). The Defendant understands that he has that right in this case.

Understanding their rights, the parties have agreed to waive any right to confront Michele Ilich-Daubas in person in the courtroom. *Cf. United States v. Cooper*, 243 F.3d 411, 417-18 (7th Cir. 2001) (Confrontation Clause rights can be waived).

3. The parties agree that Michele Ilich-Daubas will provide testimony via a two-way video system in which both parties can ask questions and receive answers. They agree that Michele Ilich-Daubas will testify from Texas. The defendant understands and agrees that Michele Ilich-Daubas will not testify in person in the courtroom in Indiana during his trial.

4. The parties additionally agree that allowing Michele Ilich-Daubas to testify via video will further an important public policy and the interests of justice by limiting the spread of COVID-19 and protecting individuals from the possibility of exposure to the virus. Additionally, the parties agree that allowing two-way video testimony ensures the reliability of Michele Ilich-Daubas's testimony. *See United States v. Donziger*, 2020 U.S. Dist. LEXIS 157797 (S.D.N.Y. 2020).

WHEREFORE, In light of the forgoing, the parties request this Court permit Michele Ilich-Daubas to testify via VTC.

        Respectfully submitted,

        THOMAS L. KIRSCH II
        UNITED STATES ATTORNEY

        /s/ Lesley J. Miller Lowery
By:  Lesley J. Miller Lowery
     Assistant United States Attorney
     E. Ross Adair Federal Bldg.
     & U.S. Courthouse
     1300 S. Harrison Street, Room 3128
     Fort Wayne, IN 46802-3489
     Telephone: (260) 422-2595
     Facsimile:  (260) 426-1616
     E-mail Address:
     lesley.millerlowery@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Bradley M. Cox
Adams County Law Enforcement Center
911 W. Peacekeepers Way
Decatur, IN 46733

           /s/ Megan M. McKenzie
Megan M. McKenzie
Legal Assistant

OFFICE OF THE U.S. ATTORNEY
E. Ross Adair Federal Building
 & United States Courthouse
Room 3128
1300 South Harrison Street
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616