1:18-CR-83

## Request for Ruling Regarding Potential Exhibits

Comes now Defendant, Bradley Cox, and respectfully requests the Court to make a determination regarding the potential exhibits to be submitted by the defense.

As the Court is well aware, I am not a lawyer and I have no experience in that regard. Accordingly, I am somewhat confused and seek clarification and a potential order regarding potential exhibits. I will seek to explain to the best of my ability. As previously discussed, a large amount of physical/digital evidence is "restricted" and only in the possession of the government. After reviewing much of this evidence (and still in the process of reviewing it), it is clear that significant portions will be relevant and necessary for the presentation of my defense. However, since I can't predict exactly what the government will be presenting in its case-in-chief it is impossible to know specifically which portions of the evidence I will end up using. I asked the government how I could use the evidence I need to at trial and was told the government would print off my requests for me from the "restricted" discovery. While this is appreciated, it seems insufficient to allow me to present my defense because of the volume of the material to be printed, the lack of page numbers in the particular medium

which will make finding particular evidence in the printed material cumbersome (especially if I am unable to review the printed material until the day of trial), and the necessity of presenting certain evidence in its original digital format. I am also unsure how to submit the potential exhibits to the Court. I have no problem requesting specific materials to be printed by the government for my use at trial but I will also need to be able to utilize the digital system in the courtroom (which I plan on meeting with the court's IT man regarding this system as recommended by the Court) and have access to and the ability to present evidence in its original digital form. The best way to describe what I am asking the Court to order is for the government to provide and make available for my use at trial the "restricted" evidence I am currently reviewing in its digital format, in addition to the specific printed materials I will request. Thank you.

Respectfully submitted,

Beverly Cox