# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:18-CR-83-HAB |
| ) | |
| BRADLEY M. COX ) | |

## OPINION AND ORDER

Now before the Court is Defendant's Motion for Temporary Release During Trial (ECF No. 192). Defendant previously sought temporary release "up to and through the pending trial" on October 23, 2020. (ECF No. 168). That motion was denied on October 27, 2020. (ECF No. 170). Because Defendant's instant motion raises no issues that were not rejected by this Court in ruling on his prior request for release, Defendant's Motion for Temporary Release During Trial (ECF No. 192) is DENIED.

SO ORDERED on November 12, 2020.

s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT