UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:18CR83 |
| ) | |
| BRADLEY M. COX ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now the United States of America by Lesley J. Miller Lowery, Assistant United States Attorney for the Northern District of Indiana, and represents to the Court that a jury trial is set for December 8-11, 2020, at 9:30 a.m. in the above-referenced cause and that a prisoner, QUINTON SAYGER, is necessary to testify at the jury trial;

WHEREFORE, your petitioner prays this Honorable Court grant a Writ of Habeas Corpus ad Testificandum to be directed to:

Fulton County Jail                and   United States Marshal
Sheriff                                      Northern District of Indiana
815 Madison Street                    South Bend, IN
Rochester, IN 46975

commanding the surrender of the body of this prisoner to the United States Marshal for the Northern District of Indiana, or one of his duly authorized deputies, or any authorized Marshal, so that Marshal, or deputy, may produce the body of the prisoner in the United States Attorney's Office, Northern

District of Indiana, 3128 Federal Building, Fort Wayne, Indiana, for the period of the jury trial set for December 8-11, 2020, in the above-referenced cause, the prisoner to be returned after the conclusion of the jury trial by the United States Marshal, or one of his duly authorized deputies, to the said institution.

Respectfully submitted,

Thomas L. Kirsch II
United States Attorney

By:    /s/ Lesley J. Miller Lowery
Lesley J. Miller Lowery
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address:
Lesley.millerlowery@usdoj.gov