UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 1:18-CR-83 |
| | ) | |
| BRADLEY COX | ) | |
| Defendants. | ) | |

**Motion for Production of Witness(es)**
**Fed. R. Crim. P. 17(b)**

Undersigned stand by counsel seeks one or more subpoenas on behalf of the accused, payment of costs and fees for the subpoena(s), and for the United States Marshal for the Northern District of Indiana (or a duly appointed deputy) to serve the subpoenas or arrange for service, at defense counsel's request, under Rule 17(b) of the Federal Rules of Criminal Procedure, for the following witness(es):

Name(s) of person(s) to be subpoenaed:

Krystin Drubert

202 Arnold St.

Bourbon, Indiana 46504

Hailey Wolfe

509 Palm Lane

Kokomo, Indiana 46901

Place and time of appearance:

> On **12/08/2020 9:00 am,** in **Courtroom No. 1** of the Courthouse at the following location:
>
> **FEDERAL COURTHOUSE**
> **UNITED STATES DISTRICT COURT FOR THE NORTHERN**
> **DISTRICT OF INDIANA**
> **1300 HARRISON ST**
> **FORT WAYNE, INDIANA 46802**
> .

## Basis for Subpoena

Krystin Drubert will testify to her interaction with the Rolp Lang Facebook Account

Hailey Wolfe will testify to her interaction with the Rolp Lang Facebook Account.

1. Counsel was appointed to represent the accused under the Criminal Justice Act as stand by counsel.

2. The accused is indigent and cannot pay the costs and fees associated with a subpoena.

3. Trial in this matter is set to commence at **10:a.m on Tuesday, December 8th, 2020.**

4. Mr; Cox requests payment of any costs and fees "in the same manner as those paid for witnesses the government subpoenas." Fed. R. Crim. P. 17(b).

Stand by Counsel has attempted unsuccessfully to serve the above witnesses.

For all of these reasons, we request the subpoena(s) described above, with payment of costs and fees, under Rule 17(b).

Respectfully submitted,

/s/ David L. Joley
David L. Joley     #25648-02
JOLEY   LAW FIRM, P.C.
116 E. Berry St.
Suite 500,
Fort Wayne, IN  46802
(260) 426-0242
attorneydavidjoley@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2020, I electronically filed the foregoing with the Clerk of the Court for the United District Court for the Northern District of Indiana by using the CM/ECF system.

/s/ David L. Joley